**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHAD BROWN,                                                                                                    PETITIONER
REG. # 33153-044

v.                                              2:13CV00006-JLH-JJV

ANTHONY HAYNES, Warden,
Federal Correctional Institution - Forrest City Low                              RESPONDENT

**ORDER**

Petitioner, Chad Brown, filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. (Doc. No. 1).  Service of the Petition is not appropriate at this time because Petitioner has neither paid the $5.00 filing fee nor filed an Application to Proceed Without Prepayment of Fees and Affidavit.  If Petitioner wishes to proceed with this action, he must **on or before April 11, 2013**, either (1) pay the $5.00 statutory filing fee in full;[1] or (2) file a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, along with a Prisoner Trust Fund Calculation Sheet.[2]

Petitioner is hereby advised that failure to timely and properly comply with this Order could result in the dismissal of this habeas action, without prejudice pursuant to Local Rule 5.5(c)(2).[3]

---

[1] Any payment Petitioner sends to the Court must clearly indicate it is for payment of the filing fee in *Brown*; 2:13-cv-00006-JLH-JJV.

[2] The Prisoner Trust Fund Calculation Sheet must be prepared and signed by an authorized officer at the incarcerating facility.

[3] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis

The Clerk shall send to Petitioner an Application to Proceed Without Prepayment of Fees and Affidavit along with a Prisoner Trust Fund Calculation Sheet.

IT IS SO ORDERED this 11th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

added.)