# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHAD BROWN, Reg. #33153-044                                                                 PETITIONER

v.                                            No. 2:13CV00006 JLH-JJV

ANTHONY HAYNES, Warden,
FCI-Forrest City                                                                             RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the petitioner's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Chad Brown's petition for writ of habeas corpus is DISMISSED and the requested relief is denied.  Document #1.

DATED this 2nd day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE